IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE KELLY | : | CIVIL ACTION |
| vs. | : | |
| SAP AMERICA, INC., SAP AG and CIGNA HEALTHCARE | : | NO. 02-CV-2955 |

ORDER

AND NOW, this      day of September, 2002, upon consideration of Plaintiff's Letter Request for an Extension of Time to Respond to Defendants' Motion to Dismiss, and it appearing to the Court that Plaintiff is in the process of obtaining counsel to represent her, it is hereby ORDERED that the time within which she has to respond to Defendants' Motion to Dismiss is EXTENDED to October 25, 2002.  See, e.g., Fed.R.Civ.P. 6(b).

BY THE COURT:

_____
J. CURTIS JOYNER, J.