**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
DENISE KELLY                    : CIVIL ACTION
                                :
      vs.                       :
                                : NO. 02-CV-2955
SAP AMERICA, INC. and           :
CIGNA HEALTHCARE                :
```

**<u>ORDER</u>**

AND NOW, this         day of October, 2002, upon consideration of Defendants' Uncontested Motion to Set Date by Which Defendants Shall Respond to the Second Amended Complaint, it is hereby ORDERED that the Motion is GRANTED and the date by which Defendants shall respond to the Plaintiff's Second Amended Complaint is EXTENDED to November 6, 2002. <u>See</u>, <u>e.g.</u>, Fed.R.Civ.P. 6(b); Local Rule of Civil Procedure 7.1(c).

BY THE COURT:

_____
J. CURTIS JOYNER,        J.