IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KELLY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2955 |
| SAP AMERICA, INC. and | : |
| CIGNA HEALTHCARE | : |

**ORDER**

AND NOW, this            day of November, 2002, upon consideration of Defendants' Motion to Dismiss All Counts (Counts A-K) of Plaintiff's Amended Complaint (Document No. 4), and it appearing to the Court that Plaintiff has since filed a Second Amended Complaint, it is hereby ORDERED that the Motion to Dismiss Plaintiff's Amended Complaint is DENIED as MOOT.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.