IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC. and CIGNA HEALTHCARE,<br><br>    Defendants. | Civil Action No. 02-CV-2955 |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

TO THE CLERK OF THE COURT:

Pursuant to Local Rule of Civil Procedure 5.1(c), kindly withdraw the appearance of Tamsin J. Newman for Defendants SAP America, Inc. and CIGNA Healthcare ("Defendants") and substitute the appearance of M. Kristin Malone-Hicks for Defendants. Mr. Boudreau will continue to represent Defendants as well.

James N. Boudreau (I.D. No. 77891)
M. Kristin Malone-Hicks
(I.D. No. 80370)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215 963-5761/5166

Dated: January 24, 2003

Attorneys for Defendants
SAP America, Inc. and CIGNA Healthcare

## CERTIFICATE OF SERVICE

I, M. Kristin Malone-Hicks, hereby certify that a true and correct copy of the foregoing Notice of Substitution of Counsel for Defendants, was served by first class mail this 24th day of January 24, 2003, upon the following:

>Ms. Denise Kelly
>15 North Elm Avenue
>Newtown, PA 18940

*[signature]*
M. KRISTIN MALONE-HICKS