:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE KELLY                    CIVIL ACTION

       v.

SAP AMERICA, INC, ET AL

02-2955

**O R D E R**

       AND NOW, this 28TH day of JANUARY, 2003, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **FEBRUARY 11, 200**3 at 9:15AM in Room 8TH FLOOR - room 8613.

PS: If counsel is not available at this time and wish to reschedule or change this to a telephone conference - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                           or     BY THE COURT

BY: _____ANGELA J. MICKIE_____        _____
        Deputy Clerk                      Judge

Civ 12 (9/83)