IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DENISE KELLY                    : CIVIL ACTION
                                :
    vs.                         :
                                : NO. 02-CV-2955
SAP AMERICA, INC. and           :
CIGNA HEALTHCARE                :
```

**ORDER**

AND NOW, this            day of February, 2003, upon consideration of Plaintiff's Motion for Production of Documents for Discovery and it appearing to the Court that the motion is in the nature of Rule 26(a) Required Disclosures and that Plaintiff has failed to serve a copy of her motion upon counsel for defendants as required by Fed.R.Civ.P. 5, it is hereby ORDERED that the Motion for Production of Documents for Discovery (Doc. No. 15) is DENIED.

BY THE COURT:

_____
J. CURTIS JOYNER,      J.