IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KELLY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2955 |
| SAP AMERICA, INC. and | : |
| CIGNA HEALTHCARE | : |

**ORDER**

AND NOW, this            day of April, 2003, upon consideration of Plaintiff's Motion to Correct the Docket and it appearing to the Court that her complaint was docketed in accordance with the usual procedure of the office of the Clerk of Court to docket complaints at such time as the filing fees have been paid or a motion for *in forma pauperis* status has been granted, it is hereby ORDERED that the Motion to Correct Docket is DENIED.

BY THE COURT:


_____
J. CURTIS JOYNER,        J.