IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE KELLY                    : CIVIL ACTION
                                :
    vs.                         :
                                : NO. 02-CV-2955
SAP AMERICA, INC.               :

**ORDER**

    AND NOW, this _____ day of April, 2003, upon consideration of Plaintiff's Motion to Require Discovery from Defendant SAP America, Inc. and Defendant's response thereto, it is hereby ORDERED that the Motion is DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER,          J.

---

[1] We find Defendant's objections and responses to Plaintiff's discovery requests to be appropriate--Plaintiff's claim is for a violation of the FMLA and her many discovery requests for confidential and/or trade secret-protected materials are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. See, Fed.R.Civ.P. 26. Accordingly, the motion to compel is denied.