IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DENISE KELLY                  : CIVIL ACTION
                              :
     vs.                      :
                              : NO. 02-CV-2955
SAP AMERICA, INC.             :
```

**ORDER**

AND NOW, this         day of May, 2003, upon consideration of Plaintiff's Motion to Depose for Discovery and Defendant's Response thereto and it appearing to the Court that Plaintiff has never noticed any depositions and that most of the individuals whom Plaintiff wishes to depose either have no information relevant to her FMLA claim or are no longer employed by the defendant company, it is hereby ORDERED that Plaintiff's Motion is generally DENIED.

IT IS FURTHER ORDERED that the parties are DIRECTED to confer with one another as to a mutually agreeable date, place and time for the deposition of Cindy Aigeltinger and that Defendant is DIRECTED to make its best efforts to secure Lawrence Kleinman for deposition by Plaintiff, all within thirty (30) days of the date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER,       J.