IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KELLY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-2955 |
| SAP AMERICA, INC. and | : |
| CIGNA HEALTHCARE | : |

**ORDER**

AND NOW, this _____ day of June, 2003, upon consideration of Plaintiff's Motion to Compel Documents for Discovery (Document No. 28), and it appearing to the Court that the motion is in the nature of a Motion to Reconsider this Court's Order of April 28, 2003, it is hereby ORDERED that the Motion to Compel Documents is DENIED.[1]

BY THE COURT:

_____
J. CURTIS JOYNER,    J.

---

[1] We reiterate our earlier finding that the defendant's objections and responses to Plaintiff's discovery requests are properly founded and that the Plaintiff's requests for production of the phone records of Diane Slote and Lawrence Kleinman are neither reasonable nor reasonably calculated to lead to the discovery of admissible evidence relative to her FMLA claim. It is also unclear to this Court why Plaintiff wishes to have the defendant produce a copy of her termination letter when she attaches a copy of that letter herself to the instant motion. We therefore find this request to be unreasonable and it is likewise denied.