IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., and CIGNA HEALTHCARE,<br><br>    Defendants. | Civil Action No. 02-CV-2955 |

**ENTRY OF APPEARANCE OF TAMSIN J. NEWMAN
ON BEHALF OF DEFENDANT SAP AMERICA, INC.**

Kindly enter my appearance on behalf of Defendant SAP America, Inc. in the above-captioned matter.

Respectfully submitted,

*/s/ Tamsin J. Newman*
Tamsin J. Newman (Id. No. 81001)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2003, a copy of the foregoing Entry of Appearance of Tamsin J. Newman on behalf of Defendant SAP America, Inc. was served by U.S. Mail upon the following:

>Denise Kelly
>15 North Elm Avenue
>Newtown, PA 18940

Tamsin J. Newman