IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DENISE KELLY                  : CIVIL ACTION
                              :
     vs.                      :
                              : NO. 02-CV-2955
SAP AMERICA, INC. and         :
CIGNA HEALTHCARE              :
```

**ORDER**

AND NOW, this          day of August, 2003, upon consideration of Plaintiff's letter request for leave of court to amend her complaint to include discrimination based on the deposition testimony of Larry Kleinmann and it appearing to the Court that there is nothing in Mr. Kleinmann's testimony which is suggestive of a claim for discrimination, it is hereby ORDERED that the plaintiff's request to amend is DENIED as futile. See Generally, Fed.R.Civ.P. 15; Topol v. Trustees of the University of Pennsylvania, 160 F.R.D. 474, 475 (E.D.Pa. 1995); Harding v. Duquesne Light Co., 882 F.Supp. 422, 430 (W.D.Pa. 1995).

BY THE COURT:

_____
J. CURTIS JOYNER,      J.