IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DENISE KELLY                    :        CIVIL ACTION
                                :
        vs.                     :
                                :        NO. 02-2955
SAP AMERICA, INC.,
CIGNA HEALTHCARE

O R D E R


**AND NOW, TO WIT:** This       day of September, 2003,
it having been reported that the issues between the parties in
the above action has been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ,** Clerk of Court


**BY:**_____
            ADRIENNE MANN
            Deputy Clerk


Civ 2 (7/83)
41.1(b)